UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RACHEL CONDRY, et al.,

        Plaintiffs,

    v.

UNITEDHEALTH GROUP, INC., et al.,

        Defendants.

Case No. 17-cv-00183-VC

**ORDER DENYING WITHOUT PREJUDICE MOTION TO SEAL**

Re: Dkt. No. 47

With their motion to dismiss, the defendants submitted a letter sent by Jance Hoy to the United Healthcare Appeals Board. The defendants asked to seal the entire letter and its attachments. That request is too broad. Although parts of the letter and attachments may be sealable because they contain protected or private health information, the entire letter is not sealable. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016); *In re Hewlett-Packard Co. S'holder Derivative Litig.*, No. 12-cv-06003-CRB (N.D. Cal. July 28, 2015), Dkt. No. 411. The motion to file under seal is denied without prejudice to a renewed request filed within 14 days that seeks to redact only sealable information.

**IT IS SO ORDERED.**

Dated: August 15, 2017

_____
VINCE CHHABRIA
United States District Judge