UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL CONDRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC., et al., <br><br> Defendants. | Case No. 17-cv-00183-VC <br><br> **ORDER MODIFYING BRIEFING SCHEDULE & HEARING DATE** <br><br> Re: Dkt. Nos. 245, 246, 247 |

The hearing on the pending motions to exclude expert testimony is advanced to November 21, 2019, so that those motions can be heard together with the pending motions regarding class certification and intervention. To ensure that these motions are fully briefed prior to the hearing, the briefing schedule for these motions is modified as follows: opposition briefs due November 11; reply briefs due November 18.

**IT IS SO ORDERED.**

Dated: November 1, 2019

VINCE CHHABRIA
United States District Judge