Martin J. Bishop (admitted *pro hac vice*)
Email: mbishop@reedsmith.com
Rebecca R. Hanson (admitted *pro hac vice*)
Email: rhanson@reedsmith.com
Abraham J. Souza (admitted *pro hac vice*)
Email: asouza@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Attorneys for Defendants UnitedHealth Group Inc., UnitedHealthcare, Inc., UnitedHealthcare Insurance Company, UnitedHealthCare Services, Inc., and UMR, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHEL CONDRY, JANCE HOY, CHRISTINE ENDICOTT, LAURA BISHOP, FELICITY BARBER, and RACHEL CARROLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP INC., UNITEDHEALTHCARE, INC., UNITEDHEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC., and UMR, INC.,<br><br>Defendants. | Case No.: 3:17-cv-00183-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF ABRAHAM J. SOUZA**<br><br>Honorable Vince Chhabria |

– 1 –

**[~~PROPOSED~~] ORDER**

Having considered the motion to withdraw appearance of Abraham J. Souza, the Court hereby GRANTS the motion and directs the Clerk of Court to remove Mr. Souza from the service list for the above-captioned matter.

IT IS SO ORDERED.

DATED: <u>     March 3, 2020          </u>

