UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 08 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RACHEL CONDRY; et al.,<br><br>        Plaintiffs - Appellees,<br><br>TERESA HARRIS,<br><br>        Intervenor-Plaintiff - Appellee,<br><br>  v.<br><br>UNITEDHEALTH GROUP, INC.; et al.,<br><br>        Defendants - Appellants. | No. 20-16823<br><br>D.C. No. 3:17-cv-00183-VC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| RACHEL CONDRY; et al.,<br><br>        Plaintiffs - Appellants,<br><br>TERESA HARRIS,<br><br>        Intervenor-Plaintiff - Appellant,<br><br>  v.<br><br>UNITEDHEALTH GROUP, INC.; et al.,<br><br>        Defendants - Appellees. | No. 20-16857<br><br>D.C. No. 3:17-cv-00183-VC<br>U.S. District Court for Northern California, San Francisco |

The judgment of this Court, entered September 16, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Each party shall bear its own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7